AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
**01/14/2026**
**Clerk, U.S. District Court**
**Western District of Texas**

By: _____ **_FMorales_**
**Deputy**

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: EP:26-M -00227(1) - MAT |
| | § | |
| (1) ANDRES GODINEZ-RAMIREZ | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 12, 2026** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326(a)(1) Re-Entry of Removed Aliens.
in violation of Title _____**8**_____ United States Code, Section(s) _____**1326**_____

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following

facts: *"In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or*

*was found in the United States after having been previously excluded, deported, or removed from the United*

*States without receiving permission to reapply for admission to the United States from the Attorney General*

*of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States*

*Code, Sections 202(3), 202(4), and*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

_/s/ ESPARZA, ERIC_____
Signature of Complainant
Border Patrol Agent

January 14, 2026_____
Date

at   EL PASO, Texas_____
City and State

MIGUEL A. TORRES_____
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN**
**AT 2:00  P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:26-M -00227(1)

WESTERN DISTRICT OF TEXAS

(1) ANDRES GODINEZ-RAMIREZ

FACTS   (CONTINUED)

557.

The DEFENDANT, Andres GODINEZ-Ramirez, an alien to the United States and a citizen of Guatemala was found approximately 1.91 miles west of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Guatemala on September 26, 2025 through Alexandria, La.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been deported 1 time(s), the last one being to GUATEMALA on September 26, 2025, through ALEXANDRIA, LA


CRIMINAL HISTORY:
None Found